AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>FISHER, RAYMOND C. | 2. Court or Organization<br><br>U.S. COURT OF APPEALS - NINTH CIRCUIT | 3. Date of Report<br><br>10/15/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE - SENIOR | 5a. Report Type (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial   ☑ Annual      ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>U.S. COURT OF APPEALS - 9th CIRCUIT<br>125 S. GRAND AVE. #400<br>PASADENA, CA 91105 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | Western Justice Center (nonprofit), Pasadena, CA |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 10/15/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | Jan-Dec 15 | CA State Teachers Retirement System - Pension |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AMERICAN LAW INSTITUTE | 9/10-11/15 | PHILADELPHIA, PA | ADVISORY COMMITTEE MEETING | TRANSPORTATION, FOOD, LODGING |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 10/15/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 10/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   FIA Card Svcs NA RASP | A | Dividend | M | T | | | | | |
| 2.   RFC STRIPS 0% | A | Interest | | | Redeemed | 10/15/15 | K | A | |
| 3.   CD CITIBANK NA,NV 2.55% 3/24/15 | A | Interest | | | Redeemed | 03/24/15 | K | A | |
| 4.   CD EVERBANK 0.50% 2/26/15 | A | Interest | L | T | Buy | 02/24/15 | L | | |
| 5.   CD GOLDMAN SACHS BK 0.70% 9/06/16 | A | Interest | L | T | Buy | 02/24/15 | L | | |
| 6.   CD GOLDMAN SACHS BK USA 0.95% 3/6/17 | A | Interest | L | T | Buy | 02/24/15 | L | | |
| 7.   ALGER SPECTRA FUND | | None | | | Sold | 01/22/15 | M | E | |
| 8.   BLACKROCK GLOBAL ALLOC CL A | D | Dividend | L | T | Sold (part) | 01/22/15 | J | A | |
| 9. | | | | | Buy (add'l) | 02/24/15 | L | | |
| 10. | | | | | Sold (part) | 07/15/15 | J | A | |
| 11.   CLEARBRIDGE APPREC FUND | C | Dividend | M | T | Sold (part) | 01/22/15 | M | A | |
| 12. | | | | | Buy (add'l) | 02/24/15 | M | | |
| 13. | | | | | Sold (part) | 07/15/15 | J | A | |
| 14.   CLEARBRIDGE AGGRESSIVE GROWTH | | None | | | Buy | 01/22/15 | M | | |
| 15. | | | | | Sold | 02/24/15 | M | E | |
| 16.   COLUMBIA DIV INCOME | A | Dividend | | | Buy (add'l) | 01/22/15 | L | | |
| 17. | | | | | Sold (part) | 02/24/15 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 10/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 07/15/15 | J | A | |
| 19. FEDERATED KAUFMAN LG CAP | None | M | T | | Buy (add'l) | 01/22/15 | L | | |
| 20. | | | | | Sold (part) | 02/24/15 | L | C | |
| 21. | | | | | Sold (part) | 07/15/15 | J | B | |
| 22. FRANKLIN MUT GLOBAL DISC FD | None | | | | Sold | 01/22/15 | K | A | |
| 23. FRANKLIN STRATEGIC INC FD | None | | | | Sold | 01/22/15 | J | A | |
| 24. GABELLI ASSET FD | None | | | | Sold | 01/22/15 | K | A | |
| 25. GUGGENHEIM BULLETSHARES(GBS) 2016 | None | | | | Sold | 01/22/15 | M | A | |
| 26. GBS 2017 | None | | | | Sold | 01/22/15 | M | A | |
| 27. GBS 2018 | None | | | | Sold | 01/22/15 | M | A | |
| 28. GBS 2019 | None | | | | Sold | 01/22/15 | M | A | |
| 29. J.HANCOCK DISCIPLINED VALUE | None | J | T | | Buy (add'l) | 01/22/15 | J | | |
| 30. | | | | | Sold (part) | 02/24/15 | J | A | |
| 31. | | | | | Sold (part) | 07/15/15 | J | A | |
| 32. KOPERNIK GLOBAL | None | | | | Buy (add'l) | 01/22/15 | J | | |
| 33. | | | | | Sold | 02/24/15 | L | A | |
| 34. LEGG MASON BW GLOBAL | None | | | | Sold (part) | 01/22/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | FISHER, RAYMOND C. | 10/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 02/24/15 | L | | |
| 36. | | | | | Sold | 07/15/15 | M | E | |
| 37. LOOMIS SAYLES STRATEGIC INCOME | C | Dividend | | | Buy | 01/22/15 | N | | |
| 38. | | | | | Buy (add'l) | 02/24/15 | M | | |
| 39. | | | | | Sold | 04/14/15 | N | C | |
| 40. LORD ABBETT SHORT TERM | C | Dividend | N | T | Sold (part) | 01/22/15 | J | A | |
| 41. | | | | | Buy (add'l) | 07/15/15 | N | | |
| 42. METROPOLITAN WEST TOT.RET.BOND | C | Dividend | N | T | Buy | 01/22/15 | N | | |
| 43. | | | | | Buy (add'l) | 02/24/15 | L | | |
| 44. | | | | | Sold (part) | 07/15/15 | L | C | |
| 45. MFS VALUE FD | | None | | | Sold | 01/22/15 | M | D | |
| 46. PIONEER FUNDAMENTAL GRWTH | | None | | | Sold | 01/22/15 | M | E | |
| 47. PRINCIPAL MID CAP BLEND | A | Dividend | K | T | Buy (add'l) | 01/22/15 | K | | |
| 48. | | | | | Sold (part) | 02/24/15 | J | A | |
| 49. | | | | | Sold (part) | 07/15/15 | J | A | |
| 50. PRUDENTIAL SHORT TERM CORP BOND | A | Dividend | J | T | Sold (part) | 01/22/15 | J | A | |
| 51. | | | | | Buy (add'l) | 04/14/15 | N | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 10/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 07/15/15 | N | A | |
| 53. PRUDENTIAL TOTAL RETURN | | None | | | Sold | 01/22/15 | J | A | |
| 54. PUTNAM EQUITY INCOME | D | Dividend | M | T | Sold (part) | 01/22/15 | M | D | |
| 55. | | | | | Buy (add'l) | 02/24/15 | M | | |
| 56. | | | | | Sold (part) | 07/15/15 | J | A | |
| 57. SUN AMERICA FOCUSED DIV | D | Dividend | M | T | Buy (add'l) | 01/22/15 | L | | |
| 58. | | | | | Sold (part) | 02/24/15 | L | B | |
| 59. | | | | | Sold (part) | 07/15/15 | J | A | |
| 60. THORNBURG INVESTMENT INCM | B | Dividend | L | T | Sold (part) | 01/22/15 | J | A | |
| 61. | | | | | Buy (add'l) | 07/15/15 | L | | |
| 62. (UMA) FPA CRESCENT FUND | | None | | | Sold | 01/22/15 | J | A | |
| 63. VIRTUS MULTISECTOR S-T BOND FD | | None | | | Sold | 01/22/15 | J | A | |
| 64. WESTERN ASSET CORE | C | Dividend | M | T | Sold (part) | 01/22/15 | J | A | |
| 65. | | | | | Buy (add'l) | 07/15/15 | M | | |
| 66. NATIONWIDE AMERICA'S VISION ANNUITY (FID.VIP EQUITY) | C | Distribution | L | T | | | | | |
| 67. JACKSON NAT'L LIFE (ANNUITIES) | B | Distribution | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **FISHER, RAYMOND C.** | 10/15/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Line 46: Pioneer Fundamental Growth was erroneously reported on my 2014 report (dated 6/23/2015) Part VII Lines 56-62 as two separate funds (Pioneer Fundamental Growth and Pioneer Fund Growth), whereas they are the same Pioneer Fundamental Growth Fund, as shown here.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **RAYMOND C. FISHER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544